. IN RE: ADOPTION OF A.C. III, a Minor Child

Petition of: E.A.B., The Natural Mother

No. 348 WAL 2017

Supreme Court of Pennsylvania.

September 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.